165 A.3d 473

In the MATTER OF the ALBERT G. AARON LIVING TRUST

Pet. Docket No. 106, Sept. Term, 2017

Court of Appeals of Maryland.

July 31, 2017

Opinion of the Court of Special Appeals unreported (No. 253, Sept. Term, 2016). Transferred to the regular docket as No. 21, September Term, 2017.

Petition for writ of certiorari granted

■

165 A.3d 473

STATE of Maryland

v.

JOHNSON, Casey O.

Pet. Docket No. 111, Sept. Term, 2017

Court of Appeals of Maryland.

July 31, 2017

Petition for writ of certiorari granted